ORDER
Pursuant to the administrative power vested in this Court by Article 5(A) of the Louisiana Constitution, and having received information that Judge Kathy Johnson, who was assigned this case and presided over it until medical leave became necessary, has now recovered and is once again presiding over matters in the Seventh Judicial District Court, it is hereby ordered that this Court’s order of the twelfth day of October, 2009, appointing Judge Leo Boothe as Judge ad hoc in this matter is withdrawn, and the case is hereby reassigned to Judge Kathy Johnson.
The writ application previously granted by this Court is dismissed as moot.
FOR THE COURT:
/s/ Jeffrey P. Victory JUSTICE, SUPREME COURT OF LOUISIANA
WEIMER, J., dissents and assigns reasons.
KIMBALL, C.J., did not participate in the deliberation of this decision.